# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: **ROSALEEN J. CLAYTON** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MISC. BUSINESS DOCKET<br>No: 13-mc-91165-PBS |

## ORDER OF IMMEDIATE ADMINISTRATIVE SUSPENSION

WHEREAS, on July 25, 2013, the Supreme Judicial Court for the Commonwealth of Massachusetts caused to be filed with this Court a certified copy of an Order of Immediate Administrative Suspension with respect to Attorney **ROSALEEN J. CLAYTON.**

1. WHEREAS, pursuant to Local Rule 83.6, on August 2, 2013, a "Notice of Filing of Disciplinary Action" and an "Order to Show Cause" were filed in this Court and copies sent (along with a copy of the Local Rule) via certified mail to **ROSALEEN J. CLAYTON**;

2. WHEREAS, on August 15, 2013, the certified mail package was signed for and delivered;

3. WHEREAS, **ROSALEEN J. CLAYTON** has failed to object or otherwise respond within thirty days.

WHEREFORE, pursuant to subsection (2)(D) of Local Rule 83.6 this Court hereby imposes the identical discipline, and **ROSALEEN J. CLAYTON** is hereby suspended from this Court until further notice.

_10/17/13_
Date

_____
Patti B. Saris, Chief Judge